JOHN S. FAULKNER, Respondent, v. JOHN S. LONERGAN, Appellant.— Appeal dismissed.

MORRIS FELDMAN and Others, Appellants, v. LOUIS ZELIKOFSKY and Others, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

FRANK GILBERT PAPER COMPANY, Appellant, Impleaded with CHARLES A. SLEICHER, Receiver of FRANK GILBERT PAPER COMPANY, v. HARRY I. PRANKARD and Others, Respondents.— Motion denied.

HUBERT KELLY, Respondent, v. UTICA FIRE INSURANCE COMPANY OF ONEIDA COUNTY, N. Y., Appellant.— Motion denied, with ten dollars costs.

PINCUS KAGAN, Respondent, v. BARNEY MILLENS, Appellant.— Motion denied, on the ground that the notice of motion was not properly served.

HARRIS KATZOWITZ and JOSEPH SCHMUCKLER, Copartners, etc., and All Other Creditors of PAULINE PLATEK, Respondents, v. PAULINE PLATEK and LOUIS H. HAMBURG, Appellants.— Motion granted unless, within thirty days, appellants file and serve papers on appeal, in which case motion is denied.

ELSIE E. LYMAN, Respondent, v. VILLAGE OF POTSDAM, Appellant.— In the furtherance of justice, and in pursuance of section 618 of the Civil Practice Act, appeal sent to the Fourth Department, to be there heard and determined.

In the Matter of the Application of M. PETERS for Admission to the Bar.— Application for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of E. I. DU PONT DE NEMOURS POWDER COMPANY v. THE CITY OF NEW YORK, under Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906.— Motion denied, with ten dollars costs. Hasbrouck, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. PHILIP GEIS, Claimant, Appellant, v. THE SOLVAY PROCESS COMPANY, Respondent.— Motion granted unless claimant, appellant, perfects appeal so that case is regularly on the calendar and ready for argument at the next term of this court, in which case motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. MICHAEL ZEIGLER, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Motions denied.

Before STATE INDUSTRIAL BOARD, Respondent. GRACE T. TRAVIS, Claimant, Respondent, v. NATIONAL ELECTROTYPE COMPANY and Another, Appellants.— Motions denied.

Before STATE INDUSTRIAL BOARD, Respondent. MAUDE KELLEY, Claimant, Respondent, v. HOEFLER ICE CREAM COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the claimant against the appellant.

Before STATE INDUSTRIAL BOARD, Respondent. DOMINIC DI VINCENZO, Claimant, Respondent, v. MILANO BAKING COMPANY, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MARY E. STEINKIRCHNER, Claimant, Respondent, v. HUBBARD, ELDRIDGE & MILLER and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board for further consideration, on the ground that at the time of the making of the award there was no sufficient legal evidence to support it under the provisions of the Workmen's Compensation Law as then existing. All concur.